UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CECIL MCKENZIE,

                                Plaintiff,

              -against-

CITY OF NEW YORK,

                               Defendant.

[PROPOSED] ORDER

18-CV-6913 (VEC)(GWG)

------------------------------------------------------------------- x

**GABRIAL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Upon the application of defendant for leave to take the deposition of plaintiff Cecil McKenzie, an inmate within the New York State Department of Corrections and Community Supervision, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED:** that the Warden or other official in charge of the Greene Correctional Facility, located in Coxsackie, New York, produce inmate Cecil McKenzie, DIN: 17A0666, at a suitable location within the facility with video conference capabilities for the taking of his deposition on **January 10, 2020,** and any such dates as may be adjourned, commencing at 10:00 a.m., until completion; and

**IT IS FURTHER ORDERED** that plaintiff Cecil McKenzie shall appear in such place as designated by the Warden or other official in charge of Greene Correctional Facility so that his deposition may be taken by video conference.

Dated: December 30, 2019
New York, New York

SO ORDERED

HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE