USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                 :

CECIL MCKENZIE,
                                 :

        Plaintiff,           :       SCHEDULING ORDER

                                 :

        -v.-
                                 :       18 Civ. 6913 (VEC) (GWG)

                                 :

CITY OF NEW YORK, et al.,
                                 :

        Defendants.         :

-------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        The Court is aware of defendants' request to Judge Caproni for permission to file a summary judgment motion. The Court reminds the parties that such motions have been referred to the undersigned and must follow the undersigned's Individual Practices.

        The Court sets the following briefing schedule for the defendants' proposed motion::

1) The motion from defendants shall be filed on March 6, 2020.

2) Any response from plaintiff shall be filed by April 17, 2020.

3) Any reply from defendants shall be field by May 1, 2020.

Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures.

Dated:  New York, New York
        February 7, 2020

                                     SO ORDERED:

                                     GABRIEL W. GORENSTEIN
                                     United States Magistrate Judge

Copy sent to:

Cecil McKenzie
#17A0666
Greene Correctional Facility
P.O. Box 975
Coxsackie, New York  12051-0975

Counsel by ECF