UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                  :

CECIL MCKENZIE,
                                                  :

          Plaintiff,                    ORDER

                                                  :

      -v.-

                                                  :       18 Civ. 6913 (VEC) (GWG)

                                                  :

CITY OF NEW YORK, et al.,
                                                  :

          Defendants.
                                                  :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      With regard to the attached letter, defendants timely filed the summary judgment motion. The due date for plaintiff's opposition papers, if any, is October 12, 2020. If plaintiff requires more time, he may make a request for more time by sending a letter to the Court explaining why he needs it. Any letter to the Court must be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

      The Clerk is requested to mail a copy of this Order to the plaintiff.

Dated: New York, New York
       September 21, 2020

SO ORDERED:

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge

United States District Court
Southern District of New York

Cecil McKenzie - Plaintiff

-v-                                             18 civ. 6913 VEC-GWGS

1) Marquis Cross
2) José Calle-Palomeque - Defendants
3) Robert Zevon

Please take notice that the court exercise its power under FED. R. CIV. P. 21 and reinstated the above defendants, Marquis Cross, José Calle-Palomeque and Robert Zevon. The court also gave the newly defendants an opportunity to answer the amended complaint, any such answer was to be filed on or before 8/6/20 which the defendants failed to do. So the court set a briefing schedule for the defendants motion for summary judgement. The newly defendants motion should of been filed on 9/10/20 which they failed to do so again. Both time the defendants failed to respond on time. So the plaintiff is asking for the court to accept the plaintiff factual assertions as true. Judgement may then be entered in plaintiff favor with a trail.

Date 9/15/20

Plaintiff - Cecil McKenzie
DIN # 17A0666

**FISHKILL CORRECTIONAL FACILITY**
BOX 1245
BEACON, NEW YORK 12508

NAME Cecil McKenzie   DIN: 17A0666

United States Magistrate Judge
Gabriel W. Gorenstein
Pro Se Docketing
500 Pearl Street # 230
New York, N.Y. 10007

