# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
CECIL MCKENZIE,

                 Plaintiff,                18 **CIVIL** 6913 (VEC)

       -against-                           **JUDGMENT**

THE CITY OF NEW YORK, MARQUIS CROSS,
JOSE CALLE-PALOMEQUE, AND ROBERT
ZEVON,
                 Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 2, 2021, the R&R is adopted in full, Defendants' motion for summary judgment is granted, and this case is DISMISSED. Judge Gorenstein applied the correct legal standard. He rightly recognized that as a pro se party, McKenzie's filings should be construed "liberally to raise the strongest arguments that they suggest." R&R, Dkt. 94 at 7 (citing Willey v. Kirkpatrick, 801 F.3d 51, 62 (2d Cir. 2015)); see also Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 475 (2d Cir. 2006) (collecting cases finding that pro se parties must be accorded a "special solicitude"). Applying this standard, Judge Gorenstein was correct to construe McKenzie's claims as ones brought pursuant to 42 U.S.C. § 1983, for violations of his constitutional rights to be free from excessive force and malicious prosecution; accordingly, the case is closed.

**Dated:** New York, New York
         July 6, 2021

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                    **BY:**   *K. Mango*

                                                 **Deputy Clerk**